## STATEMENT OF AUTHORITIES

1. United States District Court for the District of Maryland Local Rule 103(b) and (c).

                                      /s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**ATTORNEY FOR PLAINTIFFS**