IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ROBERT W. BOGERT, et ux.** | * | Case No. 93095506  (MD) (1) |
| | * | Case No. 93-3445 |
| **Plaintiffs** | * | |
| **v.** | * | |
| **ACamdS, Inc., et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

1.   On Motion of Ronald W. Bogert for substitution in place of Robert W. Bogert, deceased, it appearing to the Court that the said Robert W. Bogert died testate on July 24, 2005; that the claim asserted by him in this action was not thereby extinguished; and that Ronald W. Bogert has been duly appointed Personal Representative of the Estate of Robert W. Bogert, and is qualified and is acting as such.

2.   On Motion of Doris R. Bogert, plaintiff and surviving spouse of Robert W. Bogert, deceased, for the addition of her loss of consortium claim, it appearing to the Court that the said Robert W. Bogert. died on July 24, 2005; that the Plaintiff, Doris R. Bogert, and Plaintiff's decedent were husband and wife at the time of his death.

**IT IS ORDERED**, that Ronald W. Bogert, Personal Representative of the Estate of Robert W. Bogert, be substituted as Plaintiff herein in the place of Robert W. Bogert, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Doris R. Bogert, Plaintiff and surviving

spouse of Robert W. Bogert, be permitted to add her loss of consortium claim to this action without prejudice to any proceedings heretofore had in this action.

 

                                                  **JUDGE**

**DATE:**_____